**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**KELLI BRANYAN**                                                          **PLAINTIFF**

**V.**                                    **3:06CV00152 JMM**

**JO ANNE B. BARNHART,**
**Commissioner**
**Social Security Administration**                            **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered on this date, Judgment is hereby entered in favor of the

Defendant.  The Complaint is dismissed with prejudice.  The Clerk is directed to close the case.

IT IS SO ORDERED this 13th day of September,  2007.


_____
James M. Moody
United States District Judge